

# Employment and Confidentiality Agreement

This agreement is entered into and shall become effective on the 15th day of April, 2008, by Rick Castillo and between COUNCIL ON AGING OF FLORIDA INC. Company (herein "COUNCIL ON AGING OF FLORIDA INC." or "employer") and Rick Castillo (herein "employee").

*1. Employment*—COUNCIL ON AGING OF FLORIDA INC. agrees to employ the services of employee and employee hereby accepts employment together with all terms and conditions set forth herein as a Chief Human Resource Officer (CHRO). The employee shall be based at 1311 Southwest 16th Street, Gainesville, Florida, 32608-1128.

*2. Employee's Services and Duties*—Employee agrees that while employed by COUNCIL ON AGING OF FLORIDA INC. he shall devote his best energies in pursuit of all CHRO duties on behalf of COUNCIL ON AGING OF FLORIDA INC., and to the best of his ability, experience and talents, perform all that may be required of his as an employee. Employee agrees that he shall observe and conform to the policies and directions established by the management of COUNCIL ON AGING OF FLORIDA INC., and that he will faithfully assume and perform all duties customarily performed by a Chief Human Resource Officer. Employee agrees that he will devote his full time, ability and attention to the business of COUNCIL ON AGING OF FLORIDA INC. during the term of this agreement, and that he will neither directly nor indirectly provide any services of a business, commercial or professional nature to any other person, firm, corporation, organization or entity for compensation without prior written consent and approval of employer.

Employee Initials: _____     Employer Initials: _____

1

*3. Confidentiality*—Employee understands and agrees that in the course of his employment with COUNCIL ON AGING OF FLORIDA INC., he will receive and become aware of information, projects, practices, customer contacts, potential customers, methodologies and management philosophy relating to COUNCIL ON AGING OF FLORIDA INC. business. Employee hereby acknowledges the sensitivity and confidential nature of such information, and covenants and agrees to keep all such information strictly confidential. In this regard, employee shall not at any time or in any manner, either directly or indirectly, divulge, disclose, communicate, or use the information he obtains or is otherwise exposed to while employed by COUNCIL ON AGING OF FLORIDA INC.

> Employee understands and agrees that his obligation regarding the confidentiality of information obtained while employed by COUNCIL ON AGING OF FLORIDA INC. shall continue beyond the expiration of this agreement. Employee specifically agrees that his confidentiality obligations shall extend for a period of one year following the termination of this agreement, and further, agrees that such time period is reasonable and justified.

*4. Compensation and Benefits*—In consideration of the performance of all services required by COUNCIL ON AGING OF FLORIDA INC., the confidentiality provisions of this agreement, the non-solicitation of employees agreement and the covenant not to compete, COUNCIL ON AGING OF FLORIDA INC. shall provide employee a salary of $ 73,500.00 annually which shall be reviewed on an annual basis. The employee shall also be eligible for bonuses paid based on performance. Employee shall be entitled to employee fringe benefits as follows:

    32 Days PTO

Employee Initials: _____   Employer Initials: _____

Reimbursement of Cost of Health Insurance for Employee/Spouse

Dental Insurance for Employee & Spouse

Short and Long Term Disability Insurance

Life Insurance for Employee and Spouse

*5. Term of Employment*—Employee understands and agrees that he is employed for a period of three years, from April 15, 2008 through April 15, 2011, which shall be renewed automatically for two-year terms, unless either party terminates agreement pursuant to the thirty-day-notice provision or the employee is terminated for cause. Termination of employment shall be based on employer's determination of reasonable cause or pursuant to the notice provisions contained herein. Should employee violate any of the provisions of this agreement, engage in any criminal activity, or engage in any activity, which employer deems to be wrongful or detrimental to its business, employer may, at its option and sole determination, terminate this agreement for cause. Separate and apart from termination for cause, either party may terminate this agreement for any reason by providing thirty days written notice. In the event employer terminates this agreement pursuant to the thirty-day-notice provision, employer must pay employee through the termination date of this agreement. Employee understands and agrees that he shall not receive continued compensation in the form of severance or notice if this agreement is terminated for cause or he voluntarily elects to terminate the agreement upon thirty days notice.

*6. Covenant Not to Compete*—Employee hereby covenants and agrees that for a period of twelve months following the termination of employment under this agreement, he shall not, directly or indirectly, compete with COUNCIL ON AGING OF FLORIDA INC. Companies in any counties wherein he performed

Employee Initials:_____          Employer Initials:_____

3

services under this agreement for or on behalf of employer, and that this non-compete covenant specifically includes, but is not limited to, contacting the customers, clients and prospective customers and clients of COUNCIL ON AGING OF FLORIDA INC. Companies. Employee acknowledges that the restrictions and obligations set forth and imposed herein will not prevent his from obtaining gainful employment in his field of expertise or cause his undue hardship, and that the restrictions imposed herein are reasonable and necessary to protect the legitimate business interests of COUNCIL ON AGING OF FLORIDA INC. Employee further acknowledges that it is impossible to measure the monetary damages to employer by reason of breach of any of the provisions contained herein, and that in the event of a breach by employee, employer shall be entitled to equitable relief, including the right to enjoin any party in violation of this agreement. Employee further understands and agrees that if a court shall hold any part of this no compete as unenforceable due to its general scope, duration or geographic restriction, then in such event employee agrees that the scope, duration or geographic restriction shall be amended to the greatest scope, longest period of time and the largest geographical area enforceable under the applicable law of the state.

7. *Non-Solicitation of Employees*—Employee hereby covenants and agrees that for a period of one year following the termination or expiration of this agreement, he shall not, directly or indirectly, solicit for employment, or otherwise encourage the departure of any employee working for COUNCIL ON AGING OF FLORIDA INC.

8. *Miscellaneous Provisions*— This agreement constitutes the sole and only agreement of the parties and supersedes any prior understandings or oral or written agreement between the parties respecting the subject matters contained herein. The parties understand and agree that this agreement shall be construed

Employee Initials:_____                                Employer Initials:_____

under and in accordance with the laws of the state, that the agreement may not be modified unless in writing, signed by both parties, and that the agreement shall be binding on and insure to the benefit of the parties hereto and their respective heirs, executors, administrators, legal representatives, successors and assigns. The parties further agree that any waiver of any part of this agreement shall not be a waiver of any other part of the whole, nor shall any waiver of a breach of this agreement in whole or in part constitute a waiver of any other or succeeding breach. In case any one or more of the provisions in this agreement shall be held to be invalid, illegal or unenforceable for any reason, the invalidity, illegality or unenforceability of any provisions shall not affect any other provision hereof, but this agreement shall be construed as if the invalid, illegal or unenforceable provision had never been contained in the agreement.

It is further agreed that the employee shall remain employed as a Consultant, bound by the previously executed Consultant Agreement, until such time as he initiates full time employment as the Chief Human Resource Officer.

EXECUTED on the day first above written.

Employer: COUNCIL ON AGING OF FLORIDA INC.

By: _____;

Maxcine Darville, Chief Executive Officer

By:_____;

Francine Hennessy, Chief Human Resource Officer

Employee:_____

Rick Castillo